**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 186 MAL 2023

          Respondent              :

                                          :   Petition for Allowance of Appeal
                                          :   from the Order of the Superior Court

           v.                           :

                                          :

SEAN DONAHUE,                      :

                                          :

           Petitioner                :

<u>**ORDER**</u>

**PER CURIAM**

     **AND NOW**, this 12th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.